```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 08 B 17283
   HAYWARD WEBB
                                                 CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0707

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 07/03/2008 and was not confirmed.

    The case was dismissed without confirmation 12/03/2008.
------------------------------------------------------------------------
CREDITOR NAME           CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                       PAID          PAID
------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG CURRENT MORTG      .00           .00           .00
HSBC AUTO FINANCE       SECURED VEHIC       .00           .00           .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE      .00           .00           .00
ARNOLD G KAPLAN         DEBTOR ATTY         .00                         .00
TOM VAUGHN              TRUSTEE                                         .00
DEBTOR REFUND           REFUND                                     3,600.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               3,600.00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                          .00
DEBTOR REFUND                            3,600.00
                   ---------------     ---------------
TOTALS                3,600.00           3,600.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 03/05/09                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```